UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRASER MCDONOUGH ROTCHFORD,

        Plaintiff,

  v.

JEFFERSON COUNTY et al.,

        Defendant.

CASE NO. 3:20-cv-05965-MJP-BAT

**ORDER**

The Court has reviewed the Report and Recommendation, any objections or responses to that, and the remaining record, and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner is directed to pay the filing fee no later than 14 days from the date of this order. If the filing fee is not paid within 14 days, the case shall be dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 30th day of November, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER - 1