UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRASER MCDONOUGH ROTCHFORD,<br><br>               Plaintiff,<br><br>    v.<br><br>JEFFERSON COUTNY et al,<br><br>               Defendants. | CASE NO. C20-5965 MJP-BAT<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 5), and the Court's Order ADOPTING the Report and Recommendation (Dkt. No. 7). On November 30, 2020 the Court Ordered Plaintiff to pay the filing fee no later than December 14, 2020 (Dkt. No. 7). Plaintiff has failed to do so. The Court therefore DISMISSES this matter without prejudice.

//

//

//

ORDER OF DISMISSAL - 1

1  The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2  Dated December 16, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2